In the Matter of the Application of An-Ray Trading Corporation for Payment of Award. Coney Island Avenue, Lot 1, Block 7244, etc.— Motion to confirm report of official referee granted. Present — Lazansky, P. J., Rich, Young, Hagarty and Carswell, JJ.

In the Matter of the Application of the Brooklyn Bar Association to Discipline an Attorney (Robert J. Mayer).— Reargument ordered and motion set down for Friday, December 16, 1927, at ten A. M. Present — Lazansky, P. J., Rich, Kapper, Seeger and Carswell, JJ.

In the Matter of Robert S. King, an Attorney.— Application for reinstatement denied. Present — Lazansky, P. J., Rich, Young, Hagarty and Carswell, JJ.

In the Matter of the Petition of Annie Meier, Respondent, to Prove the Last Will and Testament of Theodore Meier, etc., Deceased. Herman J. Meyers, Appellant.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Lazansky, P. J., Rich, Young, Hagarty and Carswell, JJ.

In the Matter of the Application of John Murray for Payment of an Award, etc. (Broadway and Campbell Avenue, North of Market Street, West Brighton, Borough of Richmond, etc.) — Motion for payment of award granted. Order signed. Present — Lazansky, P. J., Rich, Young, Hagarty and Carswell, JJ.

In the Matter of the Application of Charles Rost and Emma Rost for the Payment of the Award for Damage Parcel No. 1 on the Damage Map, etc. (Bell Street between Everett and Lovingham Avenues, St. Albans, Borough of Queens). — Motion for payment of award granted. Order signed. Present — Lazansky, P. J., Rich, Young, Hagarty and Carswell, JJ.

Anna Kaess and Another, Copartners, etc., Appellants, v. Mary Frances Beecher and Another, Copartners, etc., Respondents.— Motion for stay of proceedings granted upon condition that appellants perfect the appeal for Tuesday, January 3, 1928, and be ready for argument when reached; otherwise, motion denied, with ten dollars costs. Present — Lazansky, P. J., Rich, Young, Hagarty and Carswell, JJ.

K. & S. Sales Company, Appellant, v. Paul Kleinman, Respondent.— Motion for extension of time to file record on appeal granted until thirty days after the determination of the motion to vacate judgment. Present — Lazansky, P. J., Rich, Young, Hagarty and Carswell, JJ.

Jeanne Korowitz, Appellant, v. Irving Korowitz, Respondent.— Motion, in so far as it seeks to compel defendant either to waive certification of appeal book or to pay the clerk's certification fee, denied, without costs. Motion granted to the extent of extending appellant's time to perfect the appeal for the January, 1928, term. Present — Lazansky, P. J., Rich, Young and Hagarty, JJ.; Carswell, J., takes no part.

Gussie Lichtenstein and Others, Plaintiffs, v. Grossman Construction Corporation and Others, Defendants. Globe Tile Co., Inc., and Others, Appellants, Respondents.— Motion for reargument denied. Present — Lazansky, P. J., Rich, Young, Hagarty and Carswell, JJ.